PEOPLE v SIMMONS (PEOPLE v CLARK). (Docket No. 55,211.) Leave to appeal considered November 21, 1974 and, it appearing to this Court that the case of *People v Jimmy Burden* (Docket No. 55,989) is presently pending on appeal before this Court and that the decision in that case may be decisive of the issues raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *People v Jimmy Burden. Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas Khalil,* Assistant Prosecuting Attorney, for the people. *Carl Ziemba,* for defendant-appellant Lawrence Clark. Reported below: 49 Mich App 80.

DECEMBER 5, 1974

IN THE MATTER OF THE APPOINTMENT OF SUPREME COURT CLERK. On order of the Court, a tender of resignation of the office of Clerk of this Court having been received from Donald F. Winters, to be effective December 31, 1974, the same is hereby accepted by the Court, to be effective on that date.

It is hereby further ordered that Harold Hoag is appointed Clerk of this Court, to be effective January 1, 1975.